# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FLEXI-VAN LEASING, INC.,<br><br>                Plaintiff,<br>v.<br><br>W.P. DOLLE, LLC.,<br>                Defendant. | Civil Action No.<br><br>2:18-CV-1647-SDW-SCM<br><br>**ORDER FOR STAY AND ADMINISTRATIVE TERMINATION** |

**THIS MATTER** having come before the Court for a conference today, in which the parties, through counsel, consented to continue the stay and administrative termination of this matter for the reasons set forth in the letter at D.E. 54, and therefore,

**IT IS** on this Thursday, September 10, 2020,

1. **ORDERED** that this action and any pending motions are hereby administratively terminated, that this termination shall not constitute a dismissal under Fed. R. Civ. P. 41, and does not bear any consequences for purposes of the statute of limitations; and it is further

2. **ORDERED** that Plaintiff Flexi-Van Leasing shall file a letter by 1/7/2021 indicating whether to restore this matter to the active list or to extend the stay/termination; and it is further

3. **ORDERED** that absent a request to restore this matter within the time provided, the Court shall dismiss this action, without further notice, with prejudice and without costs.



Honorable Steve Mannion, U.S.M.J.
United States District Court,
for the District of New Jersey
phone: 973-645-3827

9/10/2020 4:19:47 PM

Original: Clerk of the Court
Hon. Susan D. Wigenton, U.S.D.J.
cc: All parties
    File